## AFFIDAVIT OF SERVICE

| Case: 25-cv-2186 | Court: United States District Court for the Eastern District of New York | County: | Job: 13155411 |
|---|---|---|---|
| **Plaintiff / Petitioner:** MARK HOFFMAN | | **Defendant / Respondent:** BIZFUND, LLC D/B/A ROYAL FUNDING GROUP | |
| **Received by:** Delaware Detective Group, LLC | | **For:** Paronich Law PC | |
| **To be served upon:** BIZFUND, LLC D/B/A ROYAL FUNDING GROUP | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Danielle Miller, Company: 850 New Burton Road, Dover, DE 19904
**Manner of Service:** Registered Agent, Apr 21, 2025, 1:09 pm EDT
**Documents:** Summons in a Civil Action

**Additional Comments:**
1) Successful Attempt: Apr 21, 2025, 1:09 pm EDT at Company: 850 New Burton Road, Dover, DE 19904 received by Danielle Miller. Age: 50's; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown; Relationship: Document Specialist;

Stephen Kempski      Date: 4/22/25

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown, DE 19709
302-373-3678