IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**BIZFUND, LLC D/B/A ROYAL FUNDING GROUP**<br><br>*Defendant.* | Case No.<br>1:25-cv-02186<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## STATUS REPORT

Per the Court's order of June 15, the Plaintiff provides the following status report:

The Plaintiff has issued subpoenas to RFG USA INC, Lumen Technologies, Inc. f/k/a Level 3 Communications, LLC, RingCentral, Inc. d/b/a RingCentral a/k/a RCLEC, and Twilio, Inc. All such subpoenas were served approximately two weeks ago and all specify July 7 as the requested response date. To date, no responses have been received.

RESPECTFULLY SUBMITTED AND DATED this 1st day of July, 2025.

Respectfully submitted,

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff and the Proposed Class*