# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**BIZFUND, LLC D/B/A ROYAL FUNDING GROUP**<br><br>*Defendant.* | Case No. 25-cv-2186<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S STATUS REPORT

Plaintiff Mark Hoffman ("Plaintiff" or "Mr. Hoffman") files this status report in response to the Court's July 1, 2025 Order. The Plaintiff has received several subpoena responses that he believes confirms the correct identity of the "Royal Funding Group" that contacted him and the Plaintiff intends to file an Amended Complaint naming that entity within the next 7 days.

RESPECTFULLY SUBMITTED AND DATED this 23rd day of July, 2025.

> PLAINTIFF, on behalf of himself
> and others similarly situated,
>
> */s/ Anthony I. Paronich*
> Anthony I. Paronich, *Pro Hac Vice*
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> (508) 221-1510
> anthony@paronichlaw.com