# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated, | Case No. 25-cv-2186 |
| *Plaintiff*, | **CLASS ACTION** |
| v. | **JURY TRIAL DEMANDED** |
| **BIZFUND, LLC D/B/A ROYAL FUNDING GROUP** | |
| *Defendant.* | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF BIZFUND, LLC ONLY

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) as to BizFund, LLC only. The case will continue against RFG USA INC. D/B/A ROYAL FUNDING GROUP.

RESPECTFULLY SUBMITTED AND DATED this 1st day of August, 2025.

PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com