# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| **Mark Hoffman** <br> *Plaintiff* <br> v. <br> **RFG USA INC. D/B/A ROYAL FUNDING GROUP** <br> *Defendant* | Civil Action No. 1:25-cv-02186-AMD-JAM |

## AFFIDAVIT OF SERVICE

John Downs, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on August 27, 2025, at 3:36 pm at 180 MAIDEN LANE, Floor 13, New York, NY 10038, Deponent served the within SUMMONS IN A CIVIL ACTION , FIRST AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: RFG USA INC. D/B/A ROYAL FUNDING GROUP (hereinafter referred to as "subject") by leaving the following documents with Raymor Grawd who as Chief Financial Officer is authorized by appointment or by law to receive service of process for RFG USA INC. D/B/A ROYAL FUNDING GROUP.

My perception of the description of the individual served is as follows:
White Male, est. age 25-34, glasses: N, Black hair, 220 lbs to 240 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=40.705657056,-74.0054666387
Photograph: See Exhibit 1

Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

| | |
|---|---|
| Executed in | /s/ *John Downs* |
| __New York County__ , | Signature |
| __NY__ on __9/5/2025__ . | Server Name: John Downs |
| | License#: 2124882-DCWP |

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1a)