UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

___MARK HOFFMAN et. al._____,

            Plaintiff,                    Docket No.

              v.                    (__25-cv-2186_____,
                                      J.)  (Marutollo, M.J.)

_RFG USA INC. D/B/A ROYAL FUNDING
  GROUP_____,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### DISCOVERY PLAN AND SCHEDULING ORDER

Upon consent of the parties, it is hereby ORDERED as follows:

1. The date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a)(1), if not yet completed: ___October 17, 2025_____

2. No amendment of the pleadings will be permitted after: ___December 12, 2025_____

3. No additional parties may be joined after: _____December 12, 2025_____

4. Fact discovery shall be completed by: ___April 24, 2026_____

5. Plaintiff(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: ___May 15, 2026_____.

6. Defendant(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: __June 12, 2026_____

7. All discovery, including expert discovery, shall be completed by: ___July 10, 2026_____. (*Presumptively 30 days following the final exchange of expert reports*)

1

8. Have the parties discussed the existence of electronically stored information (ESI) and discussed the location and production of such information, as required by Fed. R. Civ. P. 26? Yes_X___ No ____

9. Have the parties entered into an ESI protocol? Yes____ No __X__ Not Applicable____

10. Final date to take the first step in dispositive motion practice, if any: ___August 7, 2026_____. (*If the parties do not consent to the jurisdiction of United States Magistrate Judge Joseph A. Marutollo, parties are directed to consult the District Judge's Individual Practices and Rules regarding such motion practice. The date is presumptively 30 days after completion of expert discovery*)

11. Do the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8? ____ Yes _X___ No

12. Do the parties consent to jurisdiction before United States Magistrate Judge Joseph A. Marutollo pursuant to 28 U.S.C. § 636(c)? ____ Yes __X__ No (*Answer "no" if any party declines to consent without indicating which party has declined*)

2

This Scheduling Order may be altered or amended only upon a showing of good cause not foreseeable as of the date of this order.

CONSENTED TO BY:

| Attorney for Plaintiff | Attorney for Defendant(s) |
|---|---|
| Name: Anthony Paronich | Name: Michael B. Ershowsky, Esq. |
| Address: 350 Lincoln Street, Suite 2400<br>Hingham, MA 02043 | Address: 290 Central Avenue, Suite 109<br>Lawrence, New York 11559 |
| Telephone: (617) 485-0018 | Telephone: 516.400.7162 |
| Email: anthony@paronichlaw.com | Email: michael@evlawpllc.com |

**SO ORDERED:**

Dated: Brooklyn, New York

_____

_____
**JOSEPH A. MARUTOLLO**
United States Magistrate Judge