AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

MARK HOFFMAN
           Plaintiff (s),
V.
RFG USA INC D/B/A ROYAL FUNDING GROUP
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:25-cv-02186-AMD-JA

Notice is hereby given that, subject to approval by the court, **RFG USA Inc.** substitutes
(Party (s) Name)

**Alan J. Sasson**, State Bar No. **476544** as counsel of record in
(Name of New Attorney)

place of **Michael Ershowsky**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Law Office of Alan J. Sasson, P.C.
    Address: 2102 Avenue Z, Suite 201, Brooklyn, New York 11235
    Telephone: (718) 339-0856      Facsimile
    E-Mail (Optional): alan@sassonlaw.com

I consent to the above substitution.
Date: 11/10/2025
           (Signature of Party (s))

I consent to being substituted.
Date: 11/10/2025
           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/10/2025
           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]