UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARK HOFFMAN,

                  Plaintiff,                        Case No. 1:25-cv-02186-AMD-JAM

      - against -

                                                      **NOTICE OF APPEARANCE**

RFG USA INC D/B/A ROYAL FUNDING GROIUP

                  Defendant.
-------------------------------------------------------------------X


      PLEASE TAKE NOTICE THAT The LAW OFFICE OF ALAN J. SASSON, P.C. hereby appears as

Counsel for Defendant RFG USA INC D/B/A ROYAL FUNDING GROUP in the above-captioned matter and

requests that all future papers and notices be served upon the undersigned.

DATED:      Brooklyn, New York
              November 17, 205


                               LAW OFFICE OF ALAN J. SASSON, P.C.


                               By: *Alan J. Sasson*
                                   Alan J. Sasson, Esq.
                               ATTORNEYS FOR DEFENDANT
                               2102 Avenue Z, Suite 201
                               Brooklyn, New York 11235
                               Phone: 718-339-0856
                               Fax:    347-244-7178
                               Email: Alan@Sassonlaw.com