

Alan J. Sasson, Esq.
2102 Avenue Z, Suite 201
Brooklyn, NY 11235
(718) 339-0856

November 17, 2025

**VIA ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Hoffman v. BizFund LLC**
Case #: **1:25-cv-02186-AMD-JAM**
Request for One-Week Extension to Submit Joint Status Report

Dear Magistrate Judge Marutollo:

I am counsel for Defendant RFG USA Inc. d/b/a Royal Funding Group, having been substituted as counsel pursuant to Your Honor's Order dated November 14, 2025 (ECF No. 23). I was retained only last week and am in the process of reviewing the case file and relevant discovery materials in connection with the pending discovery dispute.

Pursuant to the Court's directive requiring the parties to file a joint status report by November 17, 2025, I respectfully request a one-week extension, up to and including November 24, 2025, in order to adequately review the discovery record and confer with my client. This request is made in good faith and not for purposes of delay. I intend to actively work to move this matter forward, address any prior deficiencies, and ensure that the case proceeds efficiently and cooperatively.

Plaintiff's counsel has consented to this request, while noting that Plaintiff maintains his position that Defendant's prior failure to respond to discovery or timely request an extension to do so has stalled the progress of this matter. Plaintiff further states that by December 1, 2025, Defendant should (a) serve its discovery responses and production without objection other than as to privilege and (b) provide the logs of text-message communications to the putative class allegedly provided to Defendant by its vendor in response to Plaintiff's subpoena.

To the extent any of Plaintiff's assertions imply fault, waiver, or concession, Defendant expressly reserves all rights, objections, and defenses. Nonetheless, my goal moving forward is to promptly assess the matter, collaborate where possible, and take the necessary steps to facilitate progress.

   If Your Honor requires any additional information, or believes a conference would be beneficial, I am available at the Court's convenience.

   Thank you for Your Honor's consideration.

          Respectfully submitted,

     By:  *Alan J. Sasson*
         Alan J. Sasson, Esq.