| | |
|---|---|
| **From:** | Anthony Paronich |
| **To:** | Alan Sasson |
| **Cc:** | info@sassonlaw.com; Andrew Perrong |
| **Bcc:** | Anthony Paronich |
| **Subject:** | RE: Activity in Case 1:25-cv-02186-AMD-JAM Hoffman v. BizFund LLC Status Report Order |
| **Date:** | Tuesday, December 2, 2025 4:03:01 PM |

Alan:

We still have not received anything. If we do not have a final document by 5:00 PM, we intend to file our own status report.


----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, December 2, 2025 2:46 PM
**To:** Alan Sasson <alan@sassonlaw.com>
**Cc:** info@sassonlaw.com; Andrew Perrong <a@perronglaw.com>
**Subject:** Re: Activity in Case 1:25-cv-02186-AMD-JAM Hoffman v. BizFund LLC Status Report Order

Hey, Alan. Can you let me know where we are here?

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Tue, Dec 2, 2025 at 11:49 AM Alan Sasson <alan@sassonlaw.com> wrote:

> Hi Anhtony,
>
> I will take care of this for you when i get to the office
>
> 
>
> Alan J. Sasson, Esq.
>
> Law Office of Alan J. Sasson, P.C.
>
> 2102 Avenue Z, Suite 201
>
> Brooklyn, NY 11235
>
> Ph. 718-339-0856
>
> Fax: 347-244-7178
>
> Confidentiality Notice: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email. If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at alan@sassonlaw.com immediately so that we can arrange the return of the documents.
>
> IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.

On Tue, Dec 2, 2025 at 11:29 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Hello, Alan. Can you please send over a signed version of the status report with any redlined changes?
>
> ---
>
> **From:** Anthony Paronich <anthony@paronichlaw.com>
> **Sent:** Monday, December 1, 2025 2:16 PM
> **To:** Alan Sasson <alan@sassonlaw.com>
> **Cc:** info@sassonlaw.com; Andrew Perrong <a@perronglaw.com>
> **Subject:** RE: Activity in Case 1:25-cv-02186-AMD-JAM Hoffman v. BizFund LLC Status Report Order
>
> Hey, Alan. Thanks for talking with me today.
>
> As I mentioned, I just messaged the attorney for the texting vendor.
>
> Also attached is a courtesy copy of the discovery served months ago.
>
> Finally, attached is a draft of the status report due tomorrow.
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> [o] (617) 485-0018
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
>
>
> ---
>
> **From:** Alan Sasson <alan@sassonlaw.com>
> **Sent:** Monday, December 1, 2025 11:48 AM
> **To:** Anthony Paronich <anthony@paronichlaw.com>

**Cc:** info@sassonlaw.com; Andrew Perrong <a@perronglaw.com>
**Subject:** Re: Activity in Case 1:25-cv-02186-AMD-JAM Hoffman v. BizFund LLC Status Report Order

sorry, Im still in a meeting with clients, lets do 1:30 please



Alan J. Sasson, Esq.
Law Office of Alan J. Sasson, P.C.
2102 Avenue Z, Suite 201
Brooklyn, NY 11235
Ph. 718-339-0856
Fax: 347-244-7178

Confidentiality Notice: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email. If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at alan@sassonlaw.com immediately so that we can arrange the return of the documents.
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.

On Mon, Dec 1, 2025 at 11:26 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> That does not work for me, so let's do 11:30. If not, then I can do 1:30.
>
> **From:** Alan Sasson <alan@sassonlaw.com>
> **Sent:** Monday, December 1, 2025 10:18 AM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Cc:** info@sassonlaw.com; Andrew Perrong <a@perronglaw.com>
> **Subject:** Re: Activity in Case 1:25-cv-02186-AMD-JAM Hoffman v. BizFund LLC Status Report Order

Ill try, maybe 12-1230 would be better



Alan J. Sasson, Esq.
Law Office of Alan J. Sasson, P.C.
2102 Avenue Z, Suite 201
Brooklyn, NY 11235
Ph. 718-339-0856
Fax: 347-244-7178

Confidentiality Notice: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email. If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at alan@sassonlaw.com immediately so that we can arrange the return of the documents.
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.

On Mon, Dec 1, 2025 at 8:44 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> I could do 11:30 AM. Does that work?
>
> From: Alan Sasson <alan@sassonlaw.com>
> Sent: Monday, December 1, 2025 12:23 AM
> To: Anthony Paronich <anthony@paronichlaw.com>
> Cc: info@sassonlaw.com; Andrew Perrong <a@perronglaw.com>
> Subject: Re: Activity in Case 1:25-cv-02186-AMD-JAM Hoffman v. BizFund LLC Status Report Order
>
> Hi Anthony,
> What time can we speak in he morning?

Case 1:25-cv-02186-AMD-JAM    Document 26-1    Filed 12/02/25    Page 6 of 10 PageID #: 105

Alan J. Sasson, Esq.

Law Office of Alan J. Sasson, P.C.

2102 Avenue Z, Suite 201

Brooklyn, NY 11235

Ph. 718-339-0856

Fax: 347-244-7178

Confidentiality Notice: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email. If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at alan@sassonlaw.com immediately so that we can arrange the return of the documents.

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.

On Sun, Nov 30, 2025 at 11:06 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Counsel:
>
> What is the update here? We will be drafting a status report tomorrow based on your response.
>
> ----
>
> Anthony Paronich
>
> Paronich Law, P.C.
>
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
>
> [o] (617) 485-0018
>
> [c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Alan Sasson <alan@sassonlaw.com>
**Sent:** Tuesday, November 25, 2025 3:41 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** info@sassonlaw.com; Andrew Perrong <a@perronglaw.com>
**Subject:** Re: Activity in Case 1:25-cv-02186-AMD-JAM Hoffman v. BizFund LLC Status Report Order

Hi Anthony,

Sorry, I am trying to get to the bottom of this. Also I was sidetracked with the flu last week.



Alan J. Sasson, Esq.
Law Office of Alan J. Sasson, P.C.
2102 Avenue Z, Suite 201
Brooklyn, NY 11235
Ph. 718-339-0856
Fax: 347-244-7178

Confidentiality Notice: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email. If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at alan@sassonlaw.com immediately so that we can arrange the return of the documents.
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this (including any attachments) is

not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.

On Tue, Nov 25, 2025 at 3:05 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Counsel:
>
> Please advise as to where your client's overdue discovery responses are?
>
> Regards,
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> [o] (617) 485-0018
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
>
> ---------- Forwarded message ---------
> From: <ecf_bounces@nyed.uscourts.gov>
> Date: Tue, Nov 25, 2025 at 9:43 AM
> Subject: Activity in Case 1:25-cv-02186-AMD-JAM Hoffman v. BizFund LLC Status Report Order
> To: <nobody@nyed.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*Additional Security Enhancements Coming Soon\*\*\* For information visit PACER website**

https://pacer.uscourts.gov/announcements/2025/06/27/additional-security-enhancements-coming-soon

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 11/25/2025 at 9:42 AM EST and filed on 11/25/2025

**Case Name:**         Hoffman v. BizFund LLC
**Case Number:**    1:25-cv-02186-AMD-JAM
**Filer:**

**Document Number:** No document attached

**Docket Text:**
**ORDER - The parties were directed to file a joint status report by November 24, 2025. No such document has been filed. The Court notes the apparent slow pace of discovery in this case. See Dkt. Nos. [22], [25]. The parties shall file a joint status report regarding discovery by December 2, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 11/25/2025. (EG)**

**1:25-cv-02186-AMD-JAM Notice has been electronically mailed to:**

Alan J Sasson     alan@sassonlaw.com, info@sassonlaw.com

Anthony Paronich     anthony@paronichlaw.com, anthony.paronichlaw.com@recap.email

**1:25-cv-02186-AMD-JAM Notice will not be electronically mailed to:**