Alan J. Sasson, Esq.
2102 Avenue Z, Suite 201
Brooklyn, NY 11235
(718) 339-0856
Alan@Sassonlaw.com

December 04, 2025

**VIA ECF**
Hon. Joseph A. Marutollo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: **Hoffman v. RFG USA INC.**
      **Case No.: 1:25-cv-02186-AMD-JAM**
    **Defendant's Response to Plaintiff's Status Report (Dkt. 26) and the Court's December 02, 2025 Order**

Dear Honorable Judge Marutollo,

    I represent Defendant RFG USA INC. This letter responds to Plaintiff's status report (Dkt. 26) and the Court's December 2, 2025 Order. Plaintiff's counsel circulated a draft joint status report on November 17, 2025. While I intended to confer and finalize a joint submission in advance of the Court's November 24 deadline, I was out of the office for much of November 24th on previously scheduled matters and was also away for the Thanksgiving holiday weekend, and I did not return proposed edits before Plaintiff proceeded to file a unilateral report. Defendant did not intend to disregard the Court's directive and regrets any inconvenience.

    With respect to discovery, Defendant did not receive Plaintiff's discovery requests until December 1, 2025. Upon receipt, we began preparing written responses and collecting responsive materials. Also on December 1, Defendant received approximately ten (10) ZIP files from vendor/third-party sources containing text-message logs and related data; those sets are being extracted and reviewed for responsiveness and privilege. To ensure steady progress, Defendant proposes the following schedule: by December 16, 2025, serve written responses/objections and make an initial rolling production; by December 20, 2025, substantially complete review of the vendor ZIP files with continued rolling productions and supplementation as additional materials are identified. We are available to meet and confer immediately regarding custodians, search terms, and production format to streamline discovery.

    Accordingly, Defendant respectfully requests that the Court deem this letter a satisfactory response to Dkt. 26 and the December 2 Order and accept the proposed deadlines above (or such

other dates as the Court prefers). Defendant will continue to comply fully with the Court's directives and appreciates the Court's attention to this matter.

                                                Respectfully Submitted,

                                                *Alan J. Sasson*

                                                Alan J. Sasson, Esq.