**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated, | Case No. 25-cv-2186 |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **RFG USA INC. D/B/A ROYAL FUNDING GROUP** | |
| *Defendant.* | |

## JOINT STATUS REPORT

Plaintiff Mark Hoffman ("Plaintiff" or "Mr. Hoffman") and Defendant BizFund LLC ("Defendant") submit this Joint Status Report pursuant to the Court's December 23, 2025 Order as well as by the Court's January 9, 2026 Order.[1]

The parties have been actively engaged in discovery and have continued to address issues relating to Defendant's discovery responses, the production and review of third-party vendor materials, and the impact of subpoena materials on Plaintiff's discovery positions. Defendant previously served written Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production. Plaintiff has sought clarification and supplementation from Defendant regarding Defendant's position as to the sender of the messages and Plaintiff has requested that Defendant supplement discovery responses accordingly. Defendant's counsel has advised that Defendant has been unavailable but is expected to return promptly and provide direction, and Plaintiff's counsel anticipates providing a response and/or supplementation imminently.

---

[1] The parties acknowledge that a joint status report was previously due on January 7, 2026. The parties respectfully submit that the failure to timely file was due to counsel scheduling issues and the need to obtain client input to provide the Court with an accurate and complete status update, and the parties apologize to the Court.

The Plaintiff also commenced a meet and confer on any evidence of consent that the Defendant has to the transmission of the messages. The Defendant is also advising if it intends to supplement and if not, the Plaintiff has indicated that he intends to seek judicial intervention.

With respect to settlement, the parties remain open to discussing a resolution in good faith. Plaintiff states that meaningful settlement discussions would be more productive after the parties have received and reviewed the outstanding telemarketing and text-message data at issue, including vendor and subpoena-related materials that bear on class communications. Defendant states that it remains open to settlement discussions but believes that any settlement conference would be more productive after the parties complete the current discovery exchanges and clarify the factual issues implicated by the vendor and subpoena materials.


RESPECTFULLY SUBMITTED AND DATED this 9th day of January, 2026.


PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT RFG USA INC.
D/B/A ROYAL FUNDING GROUP

*/s/ Alan J. Sasson*
Alan J. Sasson, Esq.
Law Office of Alan J. Sasson, P.C.
2102 Avenue Z, Suite 201
Brooklyn, NY 11235
(718) 339-0856
Alan@Sassonlaw.com