IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated, | Case No. 25-cv-2186 |
| *Plaintiff*, | **CLASS ACTION** |
| v. | **JURY TRIAL DEMANDED** |
| **RFG USA INC. D/B/A ROYAL FUNDING GROUP** | |
| *Defendant.* | |

## JOINT STATUS REPORT

Plaintiff Mark Hoffman ("Plaintiff" or "Mr. Hoffman") and Defendant RFG USA Inc. d/b/a Royal Funding Group ("Defendant") submit this Joint Status Report pursuant to the Court's January 9, 2026 Order.

**Plaintiff's Position on Discovery**

On December 4, 2025, Defendant represented to the Court that it would serve written responses/objections and make an initial rolling production by December 16, 2025, and that it would substantially complete review of vendor materials and continue rolling productions by December 20, 2025. See ECF No. 27. The Defendant did provide its responses and the vendor materials were produced by the vendor, but the Defendant has not provided any documents.

However, with the vendor records, the Plaintiff served Plaintiff's expert report. The report identifies a reliable methodology for analyzing Defendant's text records and, based on the materials reviewed, concludes that 1,300,864 messages were sent to 167,917 unique telephone numbers that had been on the National Do-Not-Call Registry for more than thirty (30) days and received two (2) or more texts within 365 days.

Plaintiff continues to seek discovery concerning Defendant's asserted consent defenses and what consent information Defendant contends supports those communications. Defendant has represented that it intended to supplement its discovery responses on these issues, but no supplementation has been served. Absent prompt supplementation, Plaintiff intends to move to compel Defendant's consent-related discovery shortly.

**Defendant's Position on Discovery**

Defendant has acted in good faith to comply with its discovery obligations and the Court's directives.

Defendant timely served written responses and objections to Plaintiff's discovery requests. Defendant understands that certain data relevant to Plaintiff's claims is maintained by third-party service providers. Defendant has been reviewing available information and assessing the scope of materials that may be available from internal systems and third-party sources.

Defendant has conducted a reasonable search for responsive, non-privileged documents currently in its possession, custody, or control. To the extent additional responsive materials are identified through ongoing review of internal systems or third-party data sources, Defendant will produce such materials on a rolling basis.

With respect to consent-related discovery, Defendant is continuing to investigate and collect potentially responsive information from available sources and will supplement its responses as appropriate.

Defendant does not believe motion practice is warranted at this time and remains willing to meet and confer in good faith regarding discovery issues.

**Joint Position on Settlement**

With respect to settlement, Plaintiff is unable to proceed with a demand or have a productive settlement discussion without the purported consent data of the Defendant.

Defendant remains open to engaging in settlement discussions. Defendant would be amenable to participating in a settlement conference before the assigned Magistrate Judge or, alternatively, engaging in private mediation at a mutually agreeable time.

RESPECTFULLY SUBMITTED AND DATED this 6th day of February, 2026.

| | |
|---|---|
| PLAINTIFF, on behalf of himself and others similarly situated, | DEFENDANT RFG USA INC. D/B/A ROYAL FUNDING GROUP |
| */s/ Anthony I. Paronich* <br> Anthony I. Paronich, *Pro Hac Vice* <br> Paronich Law, P.C. <br> 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> (508) 221-1510 <br> anthony@paronichlaw.com | */s/ Alan J. Sasson* <br> Alan J. Sasson, Esq. <br> Law Office of Alan J. Sasson, P.C. <br> 2102 Avenue Z, Suite 201 <br> Brooklyn, NY 11235 <br> (718) 339-0856 <br> Alan@Sassonlaw.com |