### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated, | Case No. 25-cv-2186 |
| *Plaintiff*, | **CLASS ACTION** |
| v. | **JURY TRIAL DEMANDED** |
| **RFG USA INC. D/B/A ROYAL FUNDING GROUP** | |
| *Defendant.* | |

### PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff, by and through undersigned counsel, respectfully moves this Court for an Order continuing the in-person status conference currently scheduled for March 6, 2026 at 12:00 p.m. before Magistrate Judge Joseph A. Marutollo to March 10, 2026 at 12:00 p.m. In support thereof, Plaintiff states as follows:

1. On February 23, 2026, the Court issued an Order scheduling an in-person status conference for March 6, 2026 at 12:00 p.m., and directing the parties to continue to meet and confer and to file a joint status letter by March 2, 2026.

2. Plaintiff's counsel has a previously scheduled court appearance on March 6, 2026 that cannot be adjourned.

3. The parties have conferred and are available to appear on March 10, 2026 at 12:00 p.m.

4. Consistent with the Court's Order, the parties have scheduled a meet-and-confer session for Friday, February 27, 2026. The parties will file their joint status letter on or before March 2, 2026, advising the Court of the date and length of the meeting and whether any disputes remain.

5. This is Plaintiff's first request to adjourn the March 6, 2026 conference. Defendant consents to this request.

WHEREFORE, Plaintiff respectfully requests that the Court adjourn the March 6, 2026 status conference by approximately one week to March 10, 2026 at 12:00 p.m., or to another date convenient to the Court, and grant such other and further relief as the Court deems just and proper.

Dated: February 25, 2026

Respectfully submitted,

*/s/ Anthony Paronich*
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com