# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

February 28, 2026

**VIA ECF**

Hon. Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Hoffman v. RFG USA Inc. d/b/a Royal Funding Group*, No. 1:25-cv-02186

Dear Judge Marutollo:

Plaintiff writes this letter regarding Plaintiff's pending letter motion to compel (Dkt. 31). Following further meet-and-confer efforts on February 27, 2026 through multiple telephone calls and subsequent written communications, the parties have agreed to participate in private mediation in March 2026 before Aaron S. Weiss, Esq. The mediator is available on March 19 or March 20, 2026, and the parties are in the process of confirming the date.

In light of the parties' agreement to mediate and in the interest of conserving judicial resources, Plaintiff respectfully requests that the Court deem Dkt. 31 withdrawn without prejudice and the March 10, 2026 hearing be vacated. If the matter does not resolve at mediation, Plaintiff reserves the right to renew the motion promptly.

Thank you for the Court's attention to this matter and the parties are ready to provide any further information the Court requires.

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
Counsel for Plaintiff