# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated, | Case No. 25-cv-2186 |
| *Plaintiff*, | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **RFG USA INC. D/B/A ROYAL FUNDING GROUP** | |
| *Defendant.* | |

## JOINT STATUS REPORT

The parties report that they have scheduled a private mediation with Aaron S. Weiss for March 24, 2026 at 10:00 a.m. and are proceeding in good faith in an effort to resolve this matter. The parties further report that discovery is continuing, consistent with the Court's Order that discovery is not stayed. In the meantime, the parties intend to confer regarding the scheduling of depositions so that discovery can continue to move forward while mediation efforts proceed. If the mediation does not resolve the case, the parties will promptly address the discovery issues previously raised in connection with Plaintiff's prior motion to compel, including by meeting and conferring and, if necessary, seeking further relief from the Court.

RESPECTFULLY SUBMITTED AND DATED this 17th day of March, 2026.

| | |
|---|---|
| PLAINTIFF, on behalf of himself and others similarly situated, | DEFENDANT RFG USA INC. D/B/A ROYAL FUNDING GROUP |
| */s/ Anthony I. Paronich* | */s/ Alan J. Sasson* |
| Anthony I. Paronich, *Pro Hac Vice* | Alan J. Sasson, Esq. |
| Paronich Law, P.C. | Law Office of Alan J. Sasson, P.C. |
| 350 Lincoln Street, Suite 2400 | 2102 Avenue Z, Suite 201 |
| Hingham, MA 02043 | Brooklyn, NY 11235 |

(508) 221-1510
anthony@paronichlaw.com

(718) 339-0856
Alan@Sassonlaw.com