## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**RFG USA INC. D/B/A ROYAL FUNDING GROUP**<br><br>*Defendant.* | Case No. 25-cv-2186<br><br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached

a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.


Dated: March 25, 2026          PLAINTIFF,




/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Pro Hac Vice*