**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated, | Case No. 25-cv-2186 |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **RFG USA INC. D/B/A ROYAL FUNDING GROUP** | |
| *Defendant.* | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, by and through undersigned counsel, respectfully moves this Court for an Order extending the deadline to file a stipulation of dismissal by twenty-one (21) days, from April 27, 2026 to May 18, 2026. In support of this motion, Plaintiff states as follows:

1. On March 25, 2026, the Court entered an Order directing the parties to file a stipulation of dismissal by April 27, 2026, in light of the parties' representation that they had reached a settlement in principle.

2. Since that time, the parties have finalized their agreement but performance is not yet due.

3. An additional twenty-one (21) days will be sufficient to complete performance and file the stipulation of dismissal.

4. Defendant consents to this request, and therefore this is an unopposed motion.

5. This is the first request for an extension of this deadline.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline to file the stipulation of dismissal to May 18, 2026, and grant such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of April, 2026.


PLAINTIFF,


*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

2