**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**RFG USA INC. D/B/A ROYAL FUNDING GROUP**<br><br>*Defendant.* | Case No. 25-cv-2186<br><br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are also dismissed without prejudice.

Dated: May 16, 2026

PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT RFG USA INC.
D/B/A ROYAL FUNDING GROUP

*/s/ Alan J. Sasson*
Alan J. Sasson, Esq.
Law Office of Alan J. Sasson, P.C.
2102 Avenue Z, Suite 201
Brooklyn, NY 11235
(718) 339-0856
Alan@Sassonlaw.com